# United States Bankruptcy Court
## For the Southern District of Georgia

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By nventura at 2:39 pm, Feb 04, 2011

In the matter of:

Raymond Oscar Oliver
Rose Marie Oliver, Debtor(s)

Chapter 13 Case No. 1042542

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐ Denied and the case is dismissed.

☐ Denied and the case is dismissed with prejudice against refiling for 180 days.

  ☐ Unless converted to a case under Chapter 7 within fifteen (15) days.

☒ Granted upon condition that:

  ☐ Debtor pay $ _____ by _____;

  ☐ Debtor pay $ _____ per _____ until _____;

  ☐ Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

  ☐ Debtor makes all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

  ☒ Debtor pay balance of filing fee by: 3/28/2011

  ☐ Continued to _____ at _____ a.m. / p.m.

  ☐ Upon payment of $ _____ by _____;

  ☐ With payments of $ _____ per _____ in the interim;

  ☐ Debtor's counsel is ordered to file a modified plan by _____;

  ☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

  ☒ Upon condition that Debtor(s) provide an affidavit from Debtor's sister that she paid all costs and taxes associated with land that Debtors transferred to her in 2009 — within 30 days

  ☒ Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

SO ORDERED.

FEB 2 2011

_____
Lamar W. Davis, Jr.
United States Bankruptcy Judge

Dated  Rose M. Oliver  Raymond Oliver

cc: Debtor
    Debtor's Attorney
    Chapter 13 Trustee

[Rev. 03/2007]